(August 24, 1977)

■ In the Matter of JOHN D. MEADER, Appellant, v JOSEPH F. SCRANTON et al., Constituting the BOARD OF ELECTIONS OF SARATOGA COUNTY, Respondents, and JENNIFER PREMO, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered August 8, 1977 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to section 330 of the Election Law, seeking to validate the designating petition nominating him as a candidate of the Republican Party for the office of Surrogate Court Judge, County of Saratoga, in the primary election to be held on September 8, 1977. Judgment affirmed, without costs (see Matter of Button v Slater, 198 Misc 1). Greenblott, J. P., Sweeney, Kane, Mahoney and Herlihy, JJ., concur.

(August 25, 1977)

■ CITY OF MOUNT VERNON et al., Appellants, v STATE BOARD OF EQUALIZATION AND ASSESSMENT et al., Respondents. (Action No. 1.) TOWN OF MOUNT PLEASANT, Appellant, v STATE BOARD OF EQUALIZATION AND ASSESSMENT et al., Respondents. (Action No. 2.)—Decision dated April 7, 1977 and order entered April 20, 1977 amended to provide that the reversal was on the law alone. Motion by respondent State Board of Equalization and Assessment for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen which in its opinion ought to be reviewed by the Court of Appeals: "Did Special Term err as a matter of law in granting a motion by defendants to dismiss the complaints in both actions?" Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur.

(August 30, 1977)

■ In the Matter of the Claim of MARTINA COUSIN, Appellant. PHILIP ROSS, as Industrial Commissioner, Respondent.—Motion by claimant-appellant for reinstatement of appeal denied, without costs, on the ground the appeal was not taken within 30 days after the mailing of the appeal board's decision (Labor Law, § 624). Koreman, P. J., Sweeney, Kane, Mahoney and Mikoll, JJ., concur.